UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHINEDU DIKE,

                     Plaintiff(s),        <u>REPORT AND RECOMMENDATION</u>

       -against-                  CV 11-0431 (JFB) (ETB)

LIFE'S WORC,

                     Defendant(s).
-------------------------------------------------------------X

TO THE HONORABLE JOSEPH F. BIANCO, United States District Judge:

     This is a <u>pro se</u> employment discrimination action by the plaintiff, Chinedu Dike, against

his former employer, Life's Worc. The plaintiff resides in the nearby community of Brentwood,

New York.

     This action commenced in January 2011. The initial conference has been scheduled on

two (2) separate occasions - May 25, 2011 and July 7, 2011. The plaintiff has failed to appear

and has failed to in any way communicate with the court with respect to his non-appearance. The

plaintiff has been advised of dates by the court and also by defendant's counsel, who states that

she served plaintiff at the address listed on the docket sheet by Federal Express and by registered

mail and that neither correspondence was returned as undelivered. <u>See</u> affidavit of Rose C.

Senenko, dated May 26, 2011, and representations by defendant's counsel, Mary A. Smith, on

May 18, 2011.

     In the order, dated May 25, 2011, the plaintiff was advised that his failure to appear "will

expose this action to dismissal for failure to prosecute and/or for failure to comply with the

orders of the court. <u>See</u> Rules 41(b) and 16(f), Fed. R. Civ. P."

## RECOMMENDATION

This action should be dismissed, without prejudice, based on the plaintiff's failure to diligently prosecute this action, <u>see</u> Rule 41(b), Fed. R. Civ. P., and based on plaintiff's failure to comply with the orders of the court.  <u>See</u> Rule 16(f), Fed. R. Civ. P.

### OBJECTIONS TO THIS REPORT AND RECOMMENDATION

Any written objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within fourteen (14) days of service of this Report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 72(b).  Failure to file objections within fourteen (14) days will preclude further appellate review.  <u>Thomas v. Arn</u>, 474 U.S. 140, 145 (1985); <u>IUE AFL-CIO Pension Fund v. Herrmann</u>, 9 F.3d 1049, 1054 (2d Cir. 1993); <u>Frank v. Johnson</u>, 968 F.2d 298, 299-300 (2d Cir. 1992).


Dated: Central Islip, New York
　　　　July 7, 2011


　　　　　　　　　　　　　　　　　　　　/s/ E. Thomas Boyle
　　　　　　　　　　　　　　　　　　　　E. THOMAS BOYLE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge